# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795   www.gottlieblaw.net

September 6, 2024

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Calcano v. Zella Health LLC,*
Case No.: 1:24-cv-5792

Dear Judge Schofield,

The undersigned represents Marcos Calcano, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Zella Health LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for September 18, 2024, at 4:20 PM (Dkt. 5) be adjourned for 60 days because service has not yet been effectuated and Counsel for Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

---

**Application GRANTED in part and DENIED in part.** The initial pretrial conference scheduled for September 18, 2024, is adjourned to **October 23, 2024, at 4:20pm.** The materials described at Dkt. 5 shall be filed by **October 16, 2024.**

Dated: September 9, 2024
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**