UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                :

MARCOS CALCANO,                       :
                                  :

                   Plaintiff,     :         24 Civ. 5792 (LGS)
                                  :

         -against-            :            ORDER
                                  :

ZELLA HEALTH LLC,                 :
                                  :

                 Defendant.    :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       The Court has been informed that the parties have reached a settlement in principle in this

case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without

prejudice to restoring the action to the Court's calendar, provided the application to restore the

action is made within forty-five (45) days of this Order. Any application to reopen filed after

forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending

motions are DENIED as moot, and all conferences are CANCELED.

Dated: September 24, 2024
       New York, New York

                                  LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE